M E M O R A N D U M

Date: March 22, 2012

To: United States Marshal
Warrants Division

From: Valerie K. Callen

Subject: **WARRANT RECALL**

Please recall the warrant as to Brian Elliot, Case # 11-mj-00218-GGH. The defendant has contacted this office and paid his fine in full. At such time this matter will be considered closed.

cy: File
U.S. Attorney
Federal Defender